**Dismissed and Opinion Filed February 21, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01325-CR

**RONNIE JOE WILLIAMS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-18-0309**

## MEMORANDUM OPINION

Before Justices Myers, Whitehill, and Pedersen, III
Opinion by Justice Myers

Appellant has filed a motion to dismiss the appeal. Both appellant and appellant's counsel

have signed the motion. *See* TEX. R. APP. P. 42.2(a). We grant the motion to dismiss and dismiss

the appeal.

/Lana Myers/
LANA MYERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
191325F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RONNIE JOE WILLIAMS, Appellant

No. 05-19-01325-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 439th Judicial District Court, Rockwall County, Texas
Trial Court Cause No. 2-18-0309.
Opinion delivered by Justice Myers. Justices Whitehill and Pedersen, III participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 21st day of February, 2020.